UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILIANA M. MESKE,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA RENZELMAN, individually and in her official capacity; DON W. ANDERSON, individually and in his official capacity; ASOTIN COUNTY SHERIFF'S DEPARTMENT; ASOTIN COUNTY, a political subdivision of the State of Washington; and DOES 1-10,<br><br>Defendants. | No. 2:15-cv-00359-SMJ<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR DISMISSAL OF DEFENDANT ASOTIN COUNTY SHERIFF'S DEPARTMENT** |

Defendants move to dismiss Defendant Asotin County Sheriff's Office. ECF No. 32. Defendants argue that the Sheriff's Department is not an independent entity capable of being sued. ECF No. 32 at 3–4. "It is beyond dispute that a local governmental unit or municipality can be sued as a 'person' under section 1983." *Hervey v. Estes*, 65 F.3d 784, 791 (9th Cir. 1995). This includes county sheriff's departments. *See Jackson v. Barnes*, 749 F.3d 755, 766 (9th Cir. 2014) (holding that Sheriff's Department was subject to suit under § 1983 for its investigative activities).

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Dismissal of Defendant Asotin County Sheriff's Department, **ECF No. 32**, is **DENIED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of August 2017.

*[signature]*

SALVADOR MENDOZA, JR.
United States District Judge