FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILIANA M. MESKE,<br><br>               Plaintiff,<br><br>v.<br><br>AMANDA RENZELMAN, individually and in her official capacity; DON W. ANDERSON, individually and in his official capacity; ASOTIN COUNTY SHERIFF'S DEPARTMENT; ASOTIN COUNTY, a political subdivision of the State of Washington; and DOES 1-10,<br><br>               Defendants. | No. 2:15-CV-0359-SMJ<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION AND DISMISSING DEFENDANT ASOTIN COUNTY SHERIFF'S DEPARTMENT** |

On June 19, 2017, Defendants moved to dismiss the claims against Defendant Asotin County Sheriff's Department, arguing that the Sheriff's Department was not an independent legal entity capable of being sued. ECF No. 32. The Court denied this motion on August 4, 2017. ECF No. 55. Defendants now move for reconsideration. ECF No. 56. Along with asking the Court to reconsider its decision on the merits, Defendants have brought to the Court's attention that in Plaintiff's response to a separate motion that the Court has not yet reviewed, Plaintiff voluntarily withdrew her causes of action against the Asotin County Sheriff's

ORDER - 1

Department. *Id.* Because Plaintiff has withdrawn her claims against the Asotin County Sheriff's Department, ECF No. 48 at 2, the Court grant's Defendants motion for reconsideration and dismisses the claims against the Sheriff's Department.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Reconsideration Re: Defendants Motion to Dismiss Asotin County Sheriff's Department, **ECF No. 56**, is **GRANTED**.

2. All claims against Defendant Asotin County Sheriff's Department are **DISMISSED**, and the Clerk's Office is directed to terminate Defendant Asotin County Sheriff's Department as a party to this matter.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of August 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge