UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILIANA M MESKE,<br><br>          Plaintiff,<br><br>v.<br><br>AMANDA RENZELMAN, individually and in her official capacity; DON W. ANDERSON, individually and in his official capacity; ASOTIN COUNTY, a political subdivision of the State of Washington; and DOES 1-10,<br><br>          Defendants. | No. 2:15-cv-00359-SMJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Before the Court, without oral argument, is Plaintiff Liliana M. Meske's Motion for Reconsideration, ECF No. 61. On August 4, 2017, the Court denied Defendants' motion to dismiss Plaintiff's claims against Asotin County Sheriff's Department. ECF No. 55. On August 9, 2017, the Court granted Defendants' motion to reconsider that decision and dismissed Plaintiff's claims against the Asotin County Sheriff's Department because Plaintiff had voluntarily withdrawn her causes of action against the Sheriff's Department. ECF No. 60. On that same day, Plaintiff filed an amended response removing her statement that she agreed to withdraw claims against the Sheriff's Department, ECF No. 57, and filed a motion

ORDER **-** 1

for reconsideration of the Court's order granting Defendants' motion for reconsideration. ECF No. 60.

The Court is fully informed and denies Plaintiff's motion. The Court issued a decision on the merits of Defendants' Motion to Dismiss, ECF No. 32, in error because the Court was unaware that Plaintiff had already withdrawn her claims against the Sheriff's Department, ECF No. 48 at 2. Plaintiff does not get to take back her decision to withdraw her claims now that she knows the Court would have been receptive to an argument against dismissal of those claims.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Reconsideration, **ECF No. 61**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of August 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER - 2