FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LILIANA M. MESKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMANDA RENZELMAN, individually and in her official capacity, DON W. ANDERSON, individually and in his official capacity, ASOTIN COUNTY, a political subdivision of the State of Washington, and JOHN DOES 1-10,<br><br>　　　　Defendants. | No. 2:15-cv-00359-MKD<br><br>ORDER DISMISSING CASE<br><br>**ECF No. 191** |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice and Without Costs, ECF No. 191. The parties stipulate to the entry of an order dismissing the action with prejudice, with each party bearing its own costs and fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the notice of stipulation and dismisses the case.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation for Order of Dismissal with Prejudice and Without Costs, ECF No. 191, is **ACCEPTED**.

2. The action is **DISMISSED with prejudice,** with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED May 31, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2